```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 42154
   PAULETTE M SAMANIEGO
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0304
```

------------------------------------------------------------------------

### TRUSTEE'S FINAL REPORT AND ACCOUNT

------------------------------------------------------------------------

The case was filed on 11/12/2004 and was confirmed 03/02/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 66.16% from remaining funds.

The case was dismissed after confirmation 09/17/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | MORTGAGE ARRE | 18691.62 | .00 | 18691.62 |
| AMERICAN GENERAL FINANCE | SPECIAL CLASS | 1253.95 | .00 | 1253.95 |
| CHASE HOME MORTGAGE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CITI | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2341.35 | .00 | 697.03 |
| DISCOVER FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | 1642.21 | .00 | 488.89 |
| MUTUAL HOSPITAL SVC INC | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARET MERCY HEALTH | UNSECURED | 643.88 | .00 | 191.69 |
| US BANK/RETAIL PAYMENT | UNSECURED | 9691.11 | .00 | 2885.10 |
| WAL MART | UNSECURED | NOT FILED | .00 | .00 |
| DAVID M SIEGEL | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 1,591.72 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 28,500.00 | |
| PRIORITY | | .00 |
| SECURED | | 18,691.62 |
| UNSECURED | | 5,516.66 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 1,591.72 |
| DEBTOR REFUND | | .00 |
| TOTALS | 28,500.00 | 28,500.00 |

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 42154 PAULETTE M SAMANIEGO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE